UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JUAN M. CAMACHO AND ALICIA HERNANDEZ CAMACHO<br>Plaintiffs,<br><br>vs.<br><br>STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY AND JENNIFER STIVERS<br>Defendants. | § § § § § § § § § § § | 1:16-cv-00205-BL<br>Civil Action Number<br><br><br>Jury |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 16th day of June, 2017, came on to be considered the Parties' Agreed Motion for Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; it is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiffs **Juan M. Camacho and Alicia Hernandez Camacho's** claims and causes of action against Defendants, **State Auto Property & Casualty Insurance Company and Jennifer Stivers**, be and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 16th day of June, 2017.

SENIOR UNITED STATES DISTRICT JUDGE

APPROVED:

**MOSTYN LAW**

By: /s/ Gregory F. Cox
    Gregory F. Cox

State Bar No. 00793561
6280 Delaware Street
Beaumont, Texas 77706
Telephone: (409) 832-2777
Fax: (409) 832-2703
Molly K. Bowen
State Bar No. 24069898
3810 W. Alabama Street
Houston, Texas 77027
Telephone: (713) 714-0000
Facsimile: (713) 714-1111
gfcdocketefile@mostynlaw.com
**ATTORNEYS FOR PLAINTIFFS**

-And-

BROWN, DEAN, PROCTOR & HOWELL, L.L.P.

By: */s/ Alicia A. Murphy*
   Sterling Elza
   State Bar No. 24026823
   Alicia A. Murphy
   State Bar No. 24095005
   306 West 7th Street, Suite 200
   Fort Worth, Texas 76102-4905
   Telephone: (817) 332-1391
   Facsimile: (817) 870-2427
   selza@browndean.com
   amurphy@browndean.com
   **ATTORNEYS FOR DEFENDANTS**